IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kevin Raslich,<br><br>  Plaintiff,<br><br>vs.<br><br>Experian Information Solutions, Inc. ; et al.,<br><br>  Defendants. | No. CV 09-433-TUC-RCC<br><br>**ORDER** |

   Upon stipulation of the parties (Doc. 42) and good cause showing,

   **IT IS HEREBY ORDERED** that Plaintiff's claims against Defendant Equifax Information Services, LLC., be dismissed with prejudice, each party to bear its own costs and attorneys' fees.

   DATED this 15th day of January, 2010.

_____
Raner C. Collins
United States District Judge